IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

THE UNITED STATES OF AMERICA
ex rel. CHRISTINE PENDZIWIATR,

                Plaintiffs,

      v.                                        16-CV-6642(L)

RADNET, INC., and
RADNET MANAGEMENT, INC.,

                Defendants.

_____

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator filed a Stipulation of Dismissal.  Upon consideration of the Stipulation, and the papers on file in this action,

**IT IS HERBY ORDERED** that,

1.   Consistent with the terms of the Settlement Agreement executed by the United States, RadNet, Inc. and RadNet Management, Inc. and Relator Christine Pendziwiatr (the "Settlement Agreement"), all claims asserted on behalf of the United States against RadNet, Inc. and RadNet Management, Inc., concerning the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice; and

2.   Consistent with the terms of the Settlement Agreement, all other claims are dismissed without prejudice to the United States and with prejudice as to Relator.

So ORDERED, this 24 day of October, 2019.

Hon. David G. Larimer
United States District Judge